UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-1-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| KAY WEEKS FISHER | |

This matter comes before the Court on Defendant's motion to seal the Proposed Sealed Document filed by her on 31 May 2017. For good cause shown, the Motion is GRANTED, and it is ORDERED that the Proposed Sealed Document filed by Defendant on 31 May 2017 be maintained under seal by the Clerk of Court until further order of this Court.

SO ORDERED.

This the __1__ day of June 2017.

                                                Honorable James C. Dever III
                                                Chief United States District Judge